NUMBER13-04-096-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

______________________________________________________
_

 

BERTHA
ANDERSON,                                               Appellant,

 

                                           v.

 

RAMBALDO
LOPEZ RIVERA,                                       Appellee.

_______________________________________________________


 

                  On appeal from the 107th
District Court

                          of Cameron
County, Texas.

_______________________________________________________


 

                     MEMORANDUM OPINION

 

     Before Chief Justice Valdez and
Justices Garza and Castillo

                       Memorandum Opinion Per
Curiam

 








Appellant, BERTHA
ANDERSON, perfected an appeal from a judgment entered by the   107th District Court of Cameron County, Texas, in cause number 2001-04-2048-A.  This cause was referred to mediation on April
6, 2004.  Subsequently, the parties
notified this Court that mediation was successful.  Despite several notices, the parties have
failed to file a motion to dispose of the appeal.  On June 20, 2005, the parties were again
requested to file a motion to dispose of the appeal.  The parties were advised that, if a proper
motion to dispose of the appeal or a response showing grounds for continuing
the appeal was not filed, the appeal would be dismissed.  See Tex.
R. App. P. 42.3(c).  To date, the
parties have failed to respond to this Court=s notice.

The Court, having
examined and fully considered the documents on file,  this Court=s notice, and appellant=s failure to respond,
is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 28th day of July, 2005